1  BARRY E. HINKLE, Bar No. 071223
   CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
2  MANJARI CHAWLA, Bar No. 218556
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, CA  94501-1091
   Telephone (510) 337-1001
5  Facsimile (510) 337-1023

6  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>CLYDE WHEELER PIPELINE, INC., a California Corporation,<br><br>Defendant. | No.   CV-10-1281 SI<br><br>EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER |

**TO: THE CLERK OF THE COURT AND DEFENDANT CLYDE WHEELER PIPELINE, INC.:**

Pursuant to Civil Local Rule 7-10, Plaintiffs and Defendant hereby request that the initial Case Management Conference scheduled for July 2, 2010, be continued for 120 days to allow the parties to attempt to resolve this matter informally.

Plaintiffs filed its Complaint in this matter on March 26, 2010.  Defendant was served with the Complaint on or around April 5, 2010, and for which proofs of service were filed with this

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

EX PARTE APPL. TO CONTINUE CASE MANAGEMENT CONF.; [PROPOSED] ORDER
Case No. CV-10-1281 SI

1  Court with the Summons on April 9, 2010.  Plaintiffs and Defendant request that the Case
2  Management Conference be continued for 120 days in order to allow the parties to attempt to
3  resolve this matter informally.
4      The above stated facts are set forth in the accompanying Declaration of Manjari Chawla in
5  Support of Ex Parte Application to Continue Case Management Conference, filed herewith.
6  Dated:  June 10, 2010

          WEINBERG, ROGER & ROSENFELD
          A Professional Corporation

          By: _____ //s// *Manjari Chawla* _____
              MANJARI CHAWLA
              Attorneys for Plaintiffs

## ORDER CONTINUING CASE MANAGEMENT CONFERENCE

    Based upon the foregoing Ex Parte Application for Continuance of Case Management Order and Declaration of Manjari Chawla in Support of Ex Parte Application to Continue Case Management Conference, the Court orders a continuance of the Case Management Conference ~~for~~ to September 24m 2010, at 3:00 p.m. ~~120 days, or as soon thereafter as a court date is available.  In addition, the Court orders~~:

Dated: _____
         HONORABLE SUSAN ILLSTON
         United States District Court Judge

123288/575790

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

# **PROOF OF SERVICE**

I am a citizen of the United States, and a resident of the State of California. I am over the age of eighteen years, and not a party to the within action. My business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On June 10, 2010, I served upon the following parties in this action:

| | |
|---|---|
| Clyde Wheeler Pipeline, Inc<br>Donna Wheeler, Agent for Service of Process<br>8519 Frankenheimer<br>Oakdale, CA  95361 | Clyde Wheeler Pipeline, Inc<br>Donna Wheeler, Agent for Service of Process<br>509 Hi Tech Parkway<br>Oakdale, CA  95361 |

copies of the document(s) described as:

**EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE; (PROPOSED) ORDER**

**[X]**   **BY MAIL**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

**[ ]**   **BY PERSONAL SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

I certify that the above is true and correct. Executed at Alameda, California, on June 10, 2010.

/s/ Karen Scott  
Karen Scott

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

- 3 -

EX PARTE APPL. TO CONTINUE CASE MANAGEMENT CONF.; [PROPOSED] ORDER
Case No. CV-10-1281 SI